UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.          Criminal No. 19-CR-40025-TSH

JUNIOR MELENDEZ,
    DEFENDANT

WITNESS/EXHIBIT LIST

The defendant respectfully submits it may call the following witnesses:

Lujan Burgos
Tyrone Walker, Worcester
Sandra Ovalles
Jack Sweeney, Shrewsbury
Karen Rawlston, Shrewsbury
Josue Rodriguez
Lesly Cornelia, Providence
Steven Verronneau, Expert Witness, Fall River
Dan Faria, Expert Witness, Fall River

The defendant reserves the right to supplement as necessary.

Respectfully submitted,
Junior Melendez
By his Attorney

/s/ Joan M. Fund
Joan M. Fund, Esq.
245 First Street, Suite 1800
Cambridge, MA 02142
617 945 9693
508 878 6830
joanmfund@gmail.com
BBO 181430

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Friedholm, and all others required to be noticed, by ECF.

<u>/s/ Joan M. Fund</u>
Joan M. Fund

Dated: November 8, 2021