UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 19-cr-40025-TSH |
| ) | |
| JUNIOR MELENDEZ, ) | |
| JUAN RODRIGUEZ, ) | |
| ANGEL CORDOVA, and ) | |
| KEVIN JEAN, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT WITNESS LIST (Revised 11 24 2021)

1. Special Agent Anthony Ventetuolo, Bureau of Alcohol, Tobacco, Firearms & Explosives
2. Special Agent John McKee, Bureau of Alcohol, Tobacco, Firearms & Explosives
3. Special Agent Christopher Bzduch, Bureau of Alcohol, Tobacco, Firearms & Explosives
4. Special Agent James Mattson, Bureau of Alcohol, Tobacco, Firearms & Explosives
5. John Carpenter, Bureau of Alcohol, Tobacco, Firearms & Explosives
6. Special Agent Michael Finnerty, Bureau of Alcohol, Tobacco, Firearms & Explosives
7. Special Agent Anthony DiPaolo, Bureau of Alcohol, Tobacco, Firearms & Explosives
8. Special Agent Christopher Tuitele, Bureau of Alcohol, Tobacco, Firearms & Explosives
9. Special Agent Jay Godino, Bureau of Alcohol, Tobacco, Firearms & Explosives
10. Special Agent Eric Yankee, Bureau of Alcohol, Tobacco, Firearms & Explosives
11. Special Agent James Martin, Bureau of Alcohol, Tobacco, Firearms & Explosives
12. Special Agent Eric Ladyga, Bureau of Alcohol, Tobacco, Firearms & Explosives
13. Special Agent John Forte, Bureau of Alcohol, Tobacco, Firearms & Explosives
14. (Retired) Special Agent Cheryl Blake-Thomas, Bureau of Alcohol, Tobacco, Firearms & Explosives
15. Michael Haraszkiewicz, Cellebrite Advanced Services
16. Special Agent Andrew Snow, Drug Enforcement Administration
17. Peter Roberge, Worcester Police Department
18. Brian Green, Worcester Police Department
19. Michael Tarckini, Worcester Police Department
20. Joseph Essex, Worcester Police Department
21. Stephen Roche, Worcester Police Department
22. Pat Gallagher, Worcester Police Department
23. Michael Ryder, Worcester Police Department
24. Stephen Mitchell; Worcester Police Department
25. Thomas Duffy, Worcester Police Department

26. Travis Coleman, Worcester Police Department
27. Shawn Frigon, Worcester Police Department
28. Mark Richardson, Worcester Police Department
29. Brendan Tivnan, Worcester Police Department
30. George Adams, Worcester Police Department / ATF Task Force Officer
31. Felipe Martinez, Massachusetts State Police
32. Kenneth Lombardi, Massachusetts State Police
33. Timothy Berky, New Hampshire State Police
34. Matthew Locke, New Hampshire State Police
35. Vadim G. Astrakhan, DEA Senior Forensic Chemist, DEA Northeast Laboratory
36. William Hebard, Analyst, Commonwealth of Massachusetts Drugs of Abuse Laboratory
37. Dominika Marziarz, Analyst, Commonwealth of Massachusetts Drugs of Abuse Laboratory
38. Karen Slowe, Boxboro Gulf Station, Boxborough, MA;

The government reserves the right to supplement this list in a timely fashion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Greg A. Friedholm
GREG A. FRIEDHOLM
MICHELLE L. DINEEN JERRETT
Assistant United States Attorneys
United States Attorney's Office
595 Main Street
Worcester, Massachusetts 01608

Dated: December 3, 2021

**Certificate of Service**

  I hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and in hard copy on December 6, 2021 to the defendants proceeding pro se.

               */s/ Greg A. Friedholm*
               Greg A. Friedholm
               Assistant U.S. Attorney

Dated:  December 3, 2021