ORIGINAL

Entered
3/30/22
@
12:37pm
pm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUNIOR MELENDEZ<br><br>Defendant. | No. 4:19-cr-40025-TSH |

## VERDICT FORM FOR DEFENDANT JUNIOR MELENDEZ

1. As to COUNT ONE of the Indictment, charging the defendant JUNIOR MELENDEZ with conspiracy to distribute and possess with intent to distribute cocaine, we the jury, find the Defendant, JUNIOR MELENDEZ:

    ___ NOT GUILTY          ✓ GUILTY

   If your verdict is NOT GUILTY, please STOP here, and sign and date the verdict slip.
   If your verdict is GUILTY, please proceed to Question 2.

2. Did the conspiracy described in COUNT ONE involve 500 grams or more of a mixture and substance containing a detectable amount of cocaine?

    ___ NO          ✓ YES

   If your answer to Question 2 is NO, please STOP here, and sign and date the verdict slip.
   If your answer to Question 2 is YES, please proceed to Question 3.

3. With respect to the conspiracy described in COUNT ONE, were 500 grams or more of a mixture and substance containing a detectable amount of cocaine attributable to and reasonably foreseeable by the defendant, JUNIOR MELENDEZ?

    ___ NO          ✓ YES

The foregoing represents the unanimous decision of the jury for JUNIOR MELENDEZ.

3/30/2022         Kristina Perry *Kristina Perry*
Date              Foreperson